UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL CALIFORNIA IP GROUP, P.C., <br><br> Plaintiff, <br><br> v. <br><br> ISABELLA CASILLAS GUZMAN, et al., <br><br> Defendants. | Case No.  1:22-cv-00822-BAM <br><br> **ORDER REGARDING *EX PARTE* MOTION FOR MODIFICATION OF ORDER SETTING MANDATORY SCHEDULING CONFERENCE** <br><br> (Doc. 14) <br><br> **ORDER CONTINUING SCHEDULING CONFERENCE** |

Currently before the Court is the *ex parte* motion of Plaintiff Central California IP Group, P.C., to continue the date of the Scheduling Conference from October 11, 2022, to December 6, 2022, or other later date.  (Doc. 14.)  According to the motion, the continuance is requested in order to allow for an appearance by the United States Attorney's Office, which is not anticipated to occur until after October 11, 2022.  (*Id.* at p. 5.)   To date, no defendants have appeared in this action.

Based on the status of this case, and for cause appearing, the Initial Scheduling Conference currently set for October 11, 2022, is HEREBY CONTINUED to **December 8, 2022, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  The parties shall file a Joint Scheduling Report at least one (1) full week prior to the conference.  The

parties shall appear at the conference <u>remotely</u> with each party connecting either <u>via Zoom video conference or Zoom telephone number.</u>  The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference.  The Zoom ID number and password are confidential and are not to be shared.  Appropriate court attire required.

IT IS SO ORDERED.

Dated:  **September 27, 2022**              /s/ *Barbara A. McAuliffe*            _
                                       UNITED STATES MAGISTRATE JUDGE